United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donald Bullock  
Laverne Bullock  
      Debtors

Case No. 10-14847-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Sep 19, 2016  
                      Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.  
db/jdb       +Donald Bullock,   Laverne Bullock,   1029 Flanders Road,   Philadelphia, PA 19151-3013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:

      AMY JEAN GLASS   on behalf of Creditor   Ocwen Loan Servicing, LLC aglass2769@yahoo.com  
      GEORGETTE MILLER   on behalf of Debtor Donald Bullock info@georgettemillerlaw.com,  
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
      GEORGETTE MILLER   on behalf of Joint Debtor Laverne Bullock info@georgettemillerlaw.com,  
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com  
      HILARY B. BONIAL   on behalf of Creditor   Litton Loan Servicing L.P.  
       hbonial@nbsdefaultservices.com, notice@bkcylaw.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   GOLDMAN SACHS MORTGAGE COMPANY  
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      LORRAINE GAZZARA DOYLE   on behalf of Creditor   Ocwen Loan Servicing, LLC ldoyle@udren.com,  
       vbarber@udren.com  
      SALVATORE CAROLLO   on behalf of Creditor   Ocwen Loan Servicing, LLC ldoyle@udren.com,  
       cblack@udren.com  
      SHERRI J. BRAUNSTEIN   on behalf of Creditor   Goldman Sachs Mortgage Company  
       sbraunstein@udren.com, vbarber@udren.com  
      STUART ISAAC SEIDEN   on behalf of Creditor   Litton Loan Servicing L.P. siseiden@duanemorris.com,  
       pmackenzie@duanemorris.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                 TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                  Chapter: 13

    Donald Bullock and Laverne Bullock

Debtor(s)                                                            Case No: 10–14847–elf

___

*ORDER*

    AND NOW, 9/19/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Chief Judge ,United States
Bankruptcy Court

180
Form 212