United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 10-14847-elf
Donald Bullock                                                      Chapter 13
Laverne Bullock
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John              Page 1 of 1           Date Rcvd: Apr 07, 2017
                        Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.
db/jdb         +Donald Bullock,    Laverne Bullock,    1029 Flanders Road,    Philadelphia, PA 19151-3013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:
      AMY JEAN GLASS    on behalf of Creditor    Ocwen Loan Servicing, LLC aglass2769@yahoo.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
      GEORGETTE MILLER    on behalf of Debtor Donald  Bullock info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
       rlaw.com
      GEORGETTE MILLER    on behalf of Joint Debtor Laverne  Bullock info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
       rlaw.com
      HILARY B. BONIAL    on behalf of Creditor    Litton Loan Servicing L.P.
       hbonial@nbsdefaultservices.com, notice@bkcylaw.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LORRAINE GAZZARA DOYLE    on behalf of Creditor    Ocwen Loan Servicing, LLC ldoyle@udren.com,
       vbarber@udren.com
      SALVATORE CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC ldoyle@udren.com,
       cblack@udren.com
      SHERRI J. BRAUNSTEIN    on behalf of Creditor    Goldman Sachs Mortgage Company
       sbraunstein@udren.com, vbarber@udren.com
      STUART ISAAC SEIDEN    on behalf of Creditor    Litton Loan Servicing L.P. siseiden@duanemorris.com,
       pmackenzie@duanemorris.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                          TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 13

Donald Bullock and Laverne Bullock                          : Case No. 10–14847–elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , April 7, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Eric L. Frank
    Chief Judge , United States Bankruptcy Court